**Sherry O'Neal WRIGHT, Appellant,**

v.

**MISSOURI DIVISION OF YOUTH SERVICES, Respondent.**

**No. WD 63106.**

Missouri Court of Appeals,
Western District.

Feb. 24, 2004.

Motion for Transfer to Supreme Court
Denied March 30, 2004.

Application for Transfer Denied
April 27, 2004.

Kirk D. Holman, Kansas City, MO for appellant.

William R. Kennedy, Jefferson City, MO for respondent.

Before LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Ms. Sherry O'Neal Wright appeals from the judgment of the circuit court, which dismissed her petition for failure to state a claim. Because we conclude that Ms. Wright's petition was time-barred, we affirm the judgment of the circuit court. A memorandum setting forth the rationale for our decision has been furnished to the parties. Rule 84.16(b).